UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Collette Stark,<br><br>                            Plaintiff,<br><br>v.<br><br>Project Eco, a California Corporation; Simon Poonka, an individual; Poonka Enterprises, Inc., a California Corporation; Eco Home Solutions, a California Corporation,<br><br>                            Defendants. | Case No.: 18-cv-2570-AJB-KSC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST SIMON POONKA (Doc. No. 13); and**<br><br>**ORDERING DEFENDANT CORPORATIONS TO SHOW CAUSE AS TO THE REMAINING MOTIONS (Doc. Nos. 11, 12, 14)** |

Stark moved for entry of default against each of the four defendants. (Doc. Nos. 11, 12, 13, 14.) Summonses of each defendant were returned as executed between November 9, 2018, and November 13, 2018. (Doc. Nos. 3, 4, 5, 6, 7, 8.) Under Federal Rule of Civil Procedure 12(a)(1), a party has 21 days to answer after being served. Here, Defendant Simon Poonka answered on behalf of all four defendants *pro se* on November 30, 2018. (Doc. Nos. 15, 16.)

Although Poonka's answer is valid as to himself, he cannot appear on behalf of a corporation unless he is an attorney—even if he is an officer or director of the corporation. CivLR 83.3(b) ("Only a member of the bar of this court may enter appearances for a party, sign stipulations or receive payment or enter satisfaction of judgment, decree or order.");

*Thalassinos v. Adair, et al.*, 13-cv-0187-WS-N, (S.D. Ala. May 9, 2013) ("under clearly established law, a corporation or other artificial entity cannot appear in federal court unless it is represented by counsel."). Thus, the answer as to the corporate defendants is deficient and untimely. Accordingly, the Court **ORDERS TO SHOW CAUSE** as to why the motions for entry of default against Project Eco, (Doc. No. 11), Eco Home Solutions, Inc., (Doc. No. 12), and Poonka Enterprises, (Doc. No. 14), should not be granted.

That hearing is set for **January 10, 2019**, at **2:00 p.m.**

**IT IS SO ORDERED.**

Dated: December 14, 2018

Hon. Anthony J. Battaglia
United States District Judge