UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PROJECT ECO, a California corporation; SIMON POONKA, an Individual, ET AL.,<br><br>　　　　　　　　　　Defendant. | Case No.: 18cv2570 AJB - KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**(Doc. No. 47)** |

　　　Pursuant to the parties' joint motion, the Court dismisses Simon Poonka, individually, with prejudice. Each side to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  August 7, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　United States District Judge